**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PAULINA POREMBSKA,

                                        Case No. 1:21-cv-05836

                                Plaintiff,

-against-

ONE STEP UP LTD.,

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       **IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between counsel for the parties herein, that this action shall be dismissed as against Defendant with prejudice with each party bearing their own cost and fees.

       **IT IS FURTHER STIPULATED AND AGREED** that an executed copy of this stipulation shall be deemed the same as a signed original.

Date:   New York, New York
        November 9, 2022

**DEREK SMITH LAW GROUP**                    **LAZARUS & LAZARUS, P.C.**


*Alex Cabeceiras*                            *[signature]*
Alexander G. Cabeceiras, Esq.                Harlan M. Lazarus, Esq.
One Penn Plaza, Suite 4905                   240 Madison Avenue, 8th Floor
New York, New York 10119                     New York, New York 10016